**Dismissed; Opinion Filed November 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00662-CV

**NEAL RICHARDS GROUP AUSTIN DEVELOPMENT, LLC,
NEAL RICHARDS GROUP, LLC, AND
NEAL RICHARDS GROUP FOREST PARK DEVELOPMENT, LLC, Appellants
V.
WEST SUMMIT INVESTMENTS, LP, GLENDONTODD CAPITAL, LLC,
AND TODD FURNISS, Appellees**

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-12500**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Partida-Kipness

Before the Court is the joint motion of appellants, Neal Richards Group Austin Development, LLC, Neal Richards Group, LLC, and Neal Richards Group Forest Park Development, LLC, and cross-appellants, GlendonTodd Capital, LLC and Todd Furniss, to dismiss this appeal as they have settled their differences. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2).


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

190662F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NEAL RICHARDS GROUP AUSTIN
DEVELOPMENT, LLC,  NEAL
RICHARDS GROUP, LLC, AND NEAL
RICHARDS GROUP FOREST PARK
DEVELOPMENT, LLC, Appellants

No. 05-19-00662-CV       V.

WEST SUMMIT INVESTMENTS, LP,
GLENDONTODD CAPITAL, LLC, AND
TODD FURNISS, Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-12500.
Opinion delivered by Justice Partida-
Kipness. Justices Bridges and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.


Judgment entered this 19th day of November, 2019.